**NOT FOR PUBLICATION**

```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| CMA-CGM, et al., | CIVIL ACTION NO. 08-4779 (MLC) |
| Plaintiffs, | **MEMORANDUM OPINION** |
| v. |  |
| OCEAN EXPRESS MARINE USA, |  |
| Defendant. |  |

    **THE PLAINTIFFS** bringing this action on September 24, 2008, for the breach of certain agreements concerning cargo, pursuant to 28 U.S.C. § 1333 (dkt. entry no. 1, Compl.); and the defendant having been served on October 7, 2008 (dkt. entry no. 5, Aff. of Service); and the Clerk of the Court having entered default against the defendant for its failure to appear (dkt. entry no. 8), see Fed.R.Civ.P. 55(a); and the plaintiffs moving for entry of judgment by default against the defendant in the amount of $17,235 ("Motion") (dkt. entry no. 9, Default J. Mot.), see Fed.R.Civ.P. 55(b)(2); and

    **THE PLAINTIFFS** observing all of the formalities in bringing the Motion, including the filing of a certificate of service demonstrating that the papers in support of the Motion have been served on the defendant (dkt. entry no. 10, Certif. of Service; dkt. entry no. 11, Certif. of Service); and the defendant failing to oppose the Motion; and

**THE PLAINTIFFS** demonstrating to the Court that (1) they are owed (a) $16,735 in "equipment export demurrage charges" by the defendant (dkt. entry no. 10, Rodriguez Decl., Ex. 4, Invoices), and (b) $500 in costs and disbursements (id., Ex. 3, Rodriguez Aff. at 2 (listing fees and service charges)), and (2) they are owed $17,235 in total; and

**THE COURT** (1) determining the Motion upon the plaintiffs' papers, see Fed.R.Civ.P. 78(b), and (2) intending to (a) grant the Motion, and (b) enter judgment against the defendant; and for good cause appearing, the Court will issue an appropriate order and judgment.

        s/ Mary L. Cooper
    **MARY L. COOPER**
    United States District Judge

Dated:  April 20, 2009